**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STELLA MWAKYOMA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 18-02018 (UNA) |
| ) | |
| FBI WASHINGTON FIELD OFFICE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

This matter is before the Court for review of the plaintiff's application to proceed *in forma pauperis* and her *pro se* complaint. The Court grants the application, and for the reasons discussed below, dismisses the complaint.

The plaintiff alleges that the FBI has violated her civil rights. For example, she alleges that the FBI "cut off all [her] communications, phones, [and] computers," Compl. at 1, and thus has isolated the plaintiff from her family. She claims that the FBI "is influencing and interfering with the courts and crime victim department," *id.* at 3, because no law enforcement entity has investigated her complaints, *see id.* at 4. The FBI allegedly has been tracking her activity since she arrived in the United States 35 years ago, *id.*, is responsible for the "tremendous abuse of chemical agents introduced in [her] bed and clothing," *id.* at 3, and has caused the denial of her application for social security benefits, *see id.* at 5-6.

This Court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *See Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."). Having reviewed the plaintiff's complaint

carefully, the Court concludes not only that its factual allegations are irrational, but also that it fails to articulate a viable legal claim.

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i). An Order consistent with this Memorandum Opinion is issued separately.

DATE: September 12, 2018

CHRISTOPHER R. COOPER
United States District Judge